UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID A. MOORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-0293JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. # 11), and the remaining record, does hereby find and ORDER:

(1)　Subsequent to the entry of Dkt. # 11, Plaintiff has filed Dkt. ## 12-19. The court construes the pleadings as Objections to the Report and Recommendation;

(2)　The Court adopts the Report and Recommendation;

(3)　Plaintiff's complaint, and this action, are DISMISSED with prejudice pursuant to 28 U.S.C § 1915 (e)(2)(b);

(4)　The Clerk shall count this dismissal as a "strike" under 28 U.S.C. § 1915(g); and

//

ORDER DISMISSING ACTION
PAGE - 1

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 1st day of July, 2019.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2