1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

10  DAVID A. MOORE,                      CASE NO. C19-0293JLR

11                      Plaintiff,       ORDER DENYING MOTION
                                         FOR RECONSIDERATION
            v.

12

13  UNITED STATES, et al.,

                        Defendants.

14

15      Before the court is Plaintiff David A. Moore's "Motion/Affidavit of

16  Prejudice_Bias_Partiality_Racism." (Mot. (Dkt. # 23).) Because Mr. Moore is

17  proceeding *pro se*, the court liberally construes the motion as a motion for

18  reconsideration of the court's July 1, 2019, order dismissing Mr. Moore's complaint

19  pursuant to 28 U.S.C. § 1915(e)(2)(b). (Order (Dkt. # 20) at 1-2; *see also* R&R (Dkt.

20  # 11).)

21      Motions for reconsideration are disfavored, and the court ordinarily will deny such

22  motions unless the moving party shows (a) manifest error in the prior ruling, or (b) new

ORDER - 1

1 | facts or legal authority which could not have been brought to the attention of the court

2 | earlier through reasonable diligence.  Local Rules W.D. Wash. LCR 7(h)(1).  Mr. Moore

3 | has made neither showing with respect to the court's order dismissing his complaint.

4 | (*See generally* Mot.)  The court thus DENIES Mr. Moore's motion for reconsideration.

5 | (Dkt. # 23.)

6 |      Dated this 20th day of July, 2019.

9 | The Honorable James L. Robart
U.S. District Court Judge