UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID A. MOORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES, et al.,<br><br>                    Defendants. | CASE NO. C19-0293JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff David A. Moore's motion for an order of contempt against Defendants. (Mot. (Dkt. # 34).) However, this court entered a final judgment dismissing Mr. Moore's complaint on July 1, 2019, and the Clerk subsequently closed this case. (*See generally* Judgment (Dkt. # 21); 7/1/19 Order (Dkt. # 20); R&R (Dkt. # 11); Dkt.; *see also* 4/5/19 Order (Dkt. # 9) (declining to serve the complaint/petition or to direct that an answer be filed).) Accordingly, the court DENIES Mr. Moore's motion for an order of contempt (Dkt. # 34). The court DIRECTS the Clerk

//

ORDER - 1

1  to not accept any further filings from Mr. Moore in this matter, unless it is a notice of
2  appeal, and to return any such attempted filings to him.
3      Dated this 22nd day of August, 2022.

                                                    JAMES L. ROBART
                                                    United States District Judge

ORDER - 2